IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Castaneda Sotelo, | No. CV-26-02087-PHX-MJM (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed this action challenging his immigration detention.  (Doc. 1.)  The Court issued an Order to Show Cause directing Respondents to articulate the basis for Petitioner's detention and "show cause why the Petition should not be granted and the Court should not order Petitioner be released or provided a bond hearing under 8 U.S.C. § 1226(a)."  (Doc. 4.)  In response to the OSC, Respondents maintain their position that despite entering the United States in 2005 (Doc. 1 ¶ 3), Petitioner is nonetheless subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A) without a bond hearing.  (Doc. 7 at 2.)  Respondents do not otherwise attempt to justify Petitioner's detention and oppose the provision of a bond hearing.  (Doc. 7 at 7.)  The Court finds that Petitioner is not "seeking admission" such that he is subject to detention under § 1225(b)(2)(A).  See *Echevarria v. Bondi*, CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. 2025).  Further, because Respondents fail to provide any other justification for Petitioner's detention, the Court finds the argument waived.  *United States v. Kimble*, 107 F.3d 712, 715 n.2 (9th Cir. 1997) ("[B]ecause this argument was not coherently developed in his briefs on appeal, we

deem it to have been abandoned.").

The Petition will therefore be granted, and Petitioner will be ordered released from custody immediately. *Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful] detention is, of course, release."); *see also Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973) ("[T]he traditional function of the writ is to secure release from illegal custody.").

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

DATED this 2nd day of April, 2026.

_____

Michael J. McShane

United States District Judge

- 2 -